SPIVAK LIPTON LLP
1040 6th Avenue, 20th Floor
New York, NY 10018
Telephone: (212) 765-2100
Facsimile: (212) 765-8954
Eric R. Greene

*Attorneys for Writers Guild*
*of America, East*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | : Chapter 11 |
| VICE MEDIA, LLC. | : Case No.: 23-10737 (JPM) |
| Debtor. | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** pursuant to § 1109(b) of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Spivak Lipton LLP hereby appears as counsel for the Writers Guild of America, East, a party-in-interest in the above captioned case.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Rules 2002 and 9010(b), the undersigned requests that all notices given or required to be given in the case and all papers served or required to be served in the case, be given to and served upon the undersigned at the address set forth below:

Eric R. Greene, Esq.
SPIVAK LIPTON LLP
1040 6th Avenue, 20th Floor
New York, New York 10018
(212) 765-2100 (tel)
(212) 765-8954 (fax)
egreene@spivaklipton.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telecopier, facsimile, telex, electronic mail, or otherwise which affect or seek to affect in any way the Debtor's or property or proceeds in which the Debtor may claim an interest.

Dated:        New York, New York
              May 15, 2023

                                        SPIVAK LIPTON LLP
                                        Attorneys for Writers Guild of
                                        America, East
                                        1040 6th Avenue, 20th Floor
                                        New York, New York 10018
                                        (212) 765-2100


                                        By:    /s/Eric R. Greene
                                               Eric R. Greene
                                               egreene@spivaklipton.com

3