SPIVAK LIPTON LLP
1040 6th Avenue, 20th Floor
New York, NY 10018
Telephone: (212) 765-2100
Facsimile: (212) 765-8954
Elizabeth Orfan

*Attorneys for Motion Picture
Editors Guild, IATSE Local 700*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
:  Chapter 11
In re:                                                :
    VICE MEDIA, LLC.                          :  Case No.: 23-10737 (JPM)
:
:
    Debtor.                                       :
:
------------------------------------------------------x

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** pursuant to § 1109(b) of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Spivak Lipton LLP hereby appears as counsel for the Motion Picture Editors Guild, IATSE Local 700, a party-in-interest in the above captioned case.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Rules 2002 and 9010(b), the undersigned requests that all notices given or required to be given in the case and all papers served or required to be served in the case, be given to and served upon the undersigned at the address set forth below:

Elizabeth Orfan, Esq.
SPIVAK LIPTON LLP
1040 6th Avenue, 20th Floor
New York, New York 10018
(212) 765-2100 (tel)
(212) 765-8954 (fax)
eorfan@spivaklipton.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telecopier, facsimile, telex, electronic mail, or otherwise which affect or seek to affect in any way the Debtor's or property or proceeds in which the Debtor may claim an interest.

Dated:   New York, New York
         May 16, 2023

                                    SPIVAK LIPTON LLP
                                    Attorneys for Motion Picture Editors
                                    Guild, IATSE Local 700
                                    1040 6th Avenue, 20th Floor New York,
                                    New York 10018 (212) 765-2100


                            By:    /s/Elizabeth Orfan
                                    Elizabeth Orfan
                                    eorfan@spivaklipton.com