Hearing Date:  May 16, 2023 at 11:00 a.m. (EST)

| | |
|---|---|
| **TOGUT, SEGAL & SEGAL LLP**<br>Albert Togut<br>Kyle J. Ortiz<br>Brian F. Moore<br>One Penn Plaza, Suite 3335<br>New York, NY 10119<br>Phone:  (212) 594-5000<br>Email: altogut@teamtogut.com<br>          kortiz@teamtogut.com<br>          bmoore@teamtogut.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* | **SHEARMAN & STERLING LLP**<br>Fredric Sosnick<br>William S. Holste<br>Jacob S. Mezei<br>599 Lexington Avenue<br>New York, NY 10022<br>Phone:  (212) 848-4000<br>Email:   fsosnick@shearman.com<br>              william.holste@shearman.com<br>              jacob.mezei@shearman.com<br><br>**SHEARMAN & STERLING LLP**<br>Ian E. Roberts (*pro hac vice* pending)<br>2601 Olive Street, 17th Floor<br>Dallas, TX  75201<br>Phone:  (214) 271-5777<br>Email:   ian.roberts@shearman.com<br><br>*Proposed Special Counsel to the Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VICE GROUP HOLDING INC., *et al.* | Case No. 23-10738 (JPM) |
| Debtors.[1] | (Joint Administration Requested) |

### NOTICE OF HEARING ON
### "FIRST-DAY" APPLICATIONS AND MOTIONS

**PLEASE TAKE NOTICE** that on May 15, 2023 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York

---

[1] The last four digits of Debtor Vice Group Holding Inc.'s tax identification number are 4250.  Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/vice.  The location of the Debtors' service address for purposes of these chapter 11 cases is:  49 South 2nd Street, Brooklyn, NY 11249.

(the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that on the Petition Date, the Debtors filed, among other items, the applications and motions that are listed on **Exhibit A** hereto (collectively, the "First Day Pleadings") and the *Declaration of Frank A. Pometti in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings* [Docket No. 3] (the "First Day Declaration").

PLEASE TAKE FURTHER NOTICE that a hearing to consider the relief requested in the First Day Pleadings will be held on **May 16, 2023, at 11:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel can be heard, before the Honorable John P. Mastando III, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004, **via Zoom for Government.** Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, must make an electronic appearance utilizing the Electronic Appearance portal located at the Court's website at: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than **May 15, 2023 at 4:00 p.m. (Prevailing Eastern Time)** (the "Appearance Deadline"). After the Appearance Deadline has passed, parties who have made their electronic appearance through the Court's website to appear via Zoom for Government will receive an invitation from the Court with a Zoom link that will allow them to attend the Hearing. Requests to receive a Zoom link should not be emailed to the Court, and the Court will not respond to late requests that are submitted on the day of the hearing. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-videohearing-guide.

2

**PLEASE TAKE FURTHER NOTICE** that Gen. Ord. M-543, along with other temporary procedures implemented by the Bankruptcy Court in connection with the COVID-19 pandemic (including electronic filing procedures for *pro se* parties) can be found by visiting www.nysb.uscourts.gov (the "Bankruptcy Court's Website) and clicking on the "Coronavirus COVID-19 Protocol" banner.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Pleadings and First Day Declaration can be viewed and/or obtained by (i) accessing the Debtors' Claims and Noticing Agents website at: https://cases.stretto.com/vice; (ii) the Bankruptcy Court's Website for a fee, or (iii) by contacting the Office of the Clerk of the United States Bankruptcy Court, Southern District of New York.  Please note that a PACER password is required to access documents on the Bankruptcy Court's Website.

Dated:  May 15, 2023
       New York, New York

VICE GROUP HOLDING INC., *et al.*
*Debtors and Debtors in Possession*
*By its Proposed Counsel*
TOGUT, SEGAL & SEGAL LLP,
By:

/s/*Kyle J. Ortiz*
ALBERT TOGUT
KYLE J. ORTIZ
BRIAN F. MOORE
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
altogut@teamtogut.com
kortiz@teamtogut.com
bmoore@teamtogut.com

3

# Exhibit A

1. **Joint Administration Motion**

   *Debtors' Motion for Entry of an Order Authorizing and Directing Joint Administration of Chapter 11 Cases* [Docket No. X].

2. **Schedules Motion.**

   *Debtors' Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief* [Docket No. X].

3. **Creditor Matrix Motion.**

   *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Prepare a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (IV) Approving the Form and Manner of Notifying Creditors of Commencement, and (V) Granting Related Relief* [Docket No. X].

4. **Claims and Noticing Agent Application (Stretto)**

   *Debtors' Application Seeking Entry of an Order (I) Authorizing and Approving the Appointment of Stretto, Inc. As Claims and Noticing Agent and (II) Granting Related Relief* [Docket No. X].

5. **Taxes Motion**

   *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. X].

6. **NOL Motion**

   *Debtors' Motion for Entry of Interim and Final Orders (I) Establishing Notice and Objection Procedures for Transfers of Equity Securities and Claims of Worthless Stock Deductions and (II) Granting Related Relief* [Docket No. X].

7. **Cash Management Motion.**

   *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue to (A) Utilize their Existing Cash Management System, (B) Maintain their Existing Bank Accounts, (C) Perform Intercompany Transactions, (D) Utilize and Maintain their Existing Business Forms and (E) Utilize their Corporate Credit Card Programs and (II) Granting Related Relief* [Docket No. X].

8. **Insurance Motion**

    *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue their Prepetition Insurance Coverage and Pay Prepetition Obligations Thereunder, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (C) Continue to Pay Insurance Brokerage Commissions, and (II) Granting Related Relief* [Docket No. X].

9. **Critical Vendors Motion.**

    *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Certain (A) Freelancers, (B) Critical Vendors, and (C) Foreign Vendors and (II) Granting Related Relief* [Docket No. X].

10. **Wages Motion**

    *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Reimbursable Expenses, and Other Obligations Arising from Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs and (II) Granting Related Relief* [Docket No. X].

11. **DIP Motion**

    *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Granting Adequate Protection to Prepetition Secured Parties, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. X].

    <u>*Related Filing*</u>:

    *Declaration of Brent Herliny In Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Granting Adequate Protection to Prepetition Secured Parties, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 14].

12. **Motion to Shorten**

    *Debtors' Motion to Shorten Notice to Consider Debtors' Motion for Entry of An Order (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Authorizing and Approving the Debtors' Entry Into the Stalking Horse Agreement, (III) Approving the Sale of Substantially All of the Debtors' Assets and (IV) Granting Related Relief* [Docket No. 15].