**SHIPMAN & GOODWIN LLP**
Marie C. Pollio
One Constitution Plaza
Hartford, CT 06103
Phone: (860) 251-5000
Email: mpollio@goodwin.com

*Counsel to Wilmington Trust, National Association*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| VICE GROUP HOLDING INC., et al., | : | Case No. 23-10738 (JPM) |
| | : | |
| | : | (Joint Administration Requested) |
| Debtors[1]. | : | |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR ALL NOTICES AND PLEADINGS**

Please enter my appearance as attorney for Wilmington Trust, National Association, as Collateral Agent in the above-captioned matter.

Pursuant to Bankruptcy Rules 2002(g), 2015(c), and 3017(a), the undersigned requests that she receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plan, disclosure statements, proposed orders, and any other documents filed in the above-referenced matter. All such documents should be served upon the following:

> Marie C. Pollio, Esq.
> Shipman & Goodwin LLP
> One Constitution Plaza
> Hartford, CT 06103-1919

---

[1] The last four digits of Debtor Vice Group Holding Inc.'s tax identification number are 4250. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/vice. The location of the Debtors' service address for purposes of these chapter 11 cases is: 49 South 2nd Street, Brooklyn, NY 11249.

20197499

        Telephone: (860) 251-5000
        Facsimile:  (860) 251-5212
        mpollio@goodwin.com
        bankruptcy@goodwin.com
        bankruptcyparalegal@goodwin.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes notices of applications, motions, petitions, and pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telephone, telex, telecopy, facsimile or otherwise, which affects the Debtors or the property of the Debtors.

Dated at Hartford, Connecticut, this 15th day of May 2023.

        By: /s/ Marie C. Pollio
            Marie C. Pollio
            Shipman & Goodwin LLP
            One Constitution Plaza
            Hartford, CT  06103-1919
            (860) 251-5000

*Counsel for Wilmington Trust, National Association*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 15, 2023, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail and/or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                  /s/ Marie C. Pollio
                  Marie C. Pollio

20197499