| | |
|---|---|
| **TOGUT, SEGAL & SEGAL LLP** <br> Albert Togut <br> Kyle J. Ortiz <br> Brian F. Moore <br> One Penn Plaza, Suite 3335 <br> New York, NY  10119 <br> Phone:  (212) 594-5000 <br> Email: altogut@teamtogut.com <br>             kortiz@teamtogut.com <br>             bmoore@teamtogut.com <br><br> *Proposed Counsel to the Debtors and Debtors in Possession* | **SHEARMAN & STERLING LLP** <br> Fredric Sosnick <br> William S. Holste <br> Jacob S. Mezei <br> 599 Lexington Avenue <br> New York, NY  10022 <br> Phone:  (212) 848-4000 <br> Email:   fsosnick@shearman.com <br>              william.holste@shearman.com <br>              jacob.mezei@shearman.com <br><br> -and- <br><br> Ian E. Roberts (*pro hac vice* pending) <br> 2601 Olive Street, 17th Floor <br> Dallas, TX  75201 <br> Phone:  (214) 271-5777 <br> Email:   ian.roberts@shearman.com <br><br> *Proposed Special Counsel to the Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> VICE GROUP HOLDING INC., *et al.* <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 23-10738 (__) <br><br> (Joint Administration Requested) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Ian E. Roberts, hereby request admission *pro hac vice* in the above-captioned chapter 11 cases to represent the Debtors and Debtors in Possession.  I certify that I am a member in good standing of the bar of the state of Texas and the United States District Courts for the Eastern, Western, Northern, and Southern Districts of Texas.  I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

---

[1]  The last four digits of Debtor Vice Group Holding Inc.'s tax identification number are 4250.  Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://https://cases.stretto.com/vice/.  The location of the Debtors' service address for purposes of these chapter 11 cases is:  49 South 2nd Street, Brooklyn, NY 11249.

Dated: May 15, 2023
       New York, New York

**SHEARMAN & STERLING LLP**

*/s/ Ian E. Roberts*
Ian E. Roberts
2601 Olive Street, 17th Floor
Dallas, TX  75201
Phone: (214) 271-5777
Email: ian.roberts@shearman.com

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VICE GROUP HOLDING INC., *et al.* | Case No. 23-10738 (__) |
| Debtors.[1] | (Joint Administration Requested) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Ian E. Roberts to be admitted *pro hac vice* to represent the Debtors and Debtors in Possession in the above-captioned chapter 11 cases, and upon the movant's certification that he is a member in good standing of the bar of the state of Texas and the United States District Courts for the Eastern, Western, Northern, and Southern Districts of Texas, it is hereby:

**ORDERED** that Ian. E. Roberts is admitted to practice *pro hac vice* in the above-captioned cases to represent the Debtors and Debtors in Possession in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2023

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of Debtor Vice Group Holding Inc.'s tax identification number are 4250. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://https://cases.stretto.com/vice/. The location of the Debtors' service address for purposes of these chapter 11 cases is: 49 South 2nd Street, Brooklyn, NY 11249.