**GIBSON, DUNN & CRUTCHER LLP**
David M. Feldman
Tommy Scheffer
Matt Rowe
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

- and –

Michael S. Neumeister (admission *pro hac vice* pending)
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

*Counsel to the DIP/First Lien Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | Chapter 11 |
| **VICE GROUP HOLDING INC.,** *et al.*, | 23-10738 (JPM) |
| Debtors.[1] | **(Joint Administration Requested)** |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE THAT** the undersigned counsel, pursuant to Rules 2002, 9007, 9010(a) and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), appear in the chapter 11 cases for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), as counsel to the DIP/First Lien Group, and request that all notices given or required to be given in these cases, all

---

[1] The last four digits of Debtor Vice Group Holding Inc.'s tax identification number are 4250. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/vice. The location of the Debtors' service address for purposes of these chapter 11 cases is: 49 South 2nd Street, Brooklyn, NY 11211.

pleadings and other papers served, or required to be served, in these cases, be given to and served upon the following:

>David M. Feldman
>Tommy Scheffer
>Matt Rowe
>
>**GIBSON, DUNN & CRUTCHER LLP**
>200 Park Avenue
>New York, New York 10166
>Telephone: (212) 351-4000
>Facsimile: (212) 351-4035
>Email: dfeldman@gibsondunn.com
>tscheffer@gibsondunn.com
>mrowe@gibsondunn.com
>
>and
>
>Michael S. Neumeister (admission *pro hac vice* pending)
>
>333 South Grand Avenue
>Los Angeles, California 90071
>Telephone: (213) 229-7000
>Facsimile: (213) 229-7520
>Email: mneumeister@gibsondunn.com

**PLEASE TAKE NOTICE THAT** the aforementioned attorneys consent to e-mail service.

**PLEASE TAKE NOTICE THAT** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, email or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE THAT** neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the DIP/First Lien Group

(i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to rights, claims, actions, defenses (including jurisdictional defenses), setoffs, recoupments, or remedies to which the DIP/First Lien Group is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved hereby.

Dated: May 15, 2023  
New York, New York

Respectfully submitted,

By: /s/ David M. Feldman
David M. Feldman
Tommy Scheffer
Matt Rowe
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: DFeldman@gibsondunn.com
TScheffer@gibsondunn.com
MRowe@gibsondunn.com

- and -

Michael S. Neumeister (admission *pro hac vice* pending)
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
Email: MNeumeister@gibsondunn.com

*Counsel to the DIP/First Lien Group*