**GIBSON, DUNN & CRUTCHER LLP**
David M. Feldman
Tommy Scheffer
Matt Rowe
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

- and –

Michael S. Neumeister (admission *pro hac vice* pending)
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

*Counsel to the DIP/First Lien Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | Chapter 11 |
| **VICE GROUP HOLDING INC.,** *et al.*, | 23-10738 (JPM) |
| Debtors.[1] | (Joint Administration Requested) |

## MOTION FOR ADMISSION OF MICHAEL S. NEUMEISTER, ESQ. TO PRACTICE, *PRO HAC VICE*

I, Michael S. Neumeister, Esq., a member in good standing of the Bar of the State of California respectfully request admission to practice, *pro hac vice*, before the Honorable Judge John P. Mastando III to represent the DIP/First Lien Group (the "Client") in the above-captioned chapter 11 cases (the "Chapter 11 Cases").

---

[1] The last four digits of Debtor Vice Group Holding Inc.'s tax identification number are 4250. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/vice. The location of the Debtors' service address for purposes of these chapter 11 cases is: 49 South 2nd Street, Brooklyn, NY 11211.

My address, telephone number, facsimile number, and email address are as follows:

> Michael S. Neumeister
> GIBSON, DUNN & CRUTCHER LLP
> 333 South Grand Avenue
> Los Angeles, California 90071
> Telephone: (213) 229-7000
> Facsimile: (213) 229-7520
> Email: MNeumeister@gibsondunn.com

I agree to pay the fee of $200.00 upon the filing of this Motion.

Dated: May 15, 2023
Los Angeles, California

> By: /s/ *Michael S. Neumeister*
> David M. Feldman
> Tommy Scheffer
> Matt Rowe
> 200 Park Avenue
> New York, New York 10166
> Telephone: (212) 351-4000
> Facsimile: (212) 351-4035
>
> - and -
>
> Michael S. Neumeister (admission *pro hac vice* pending)
> 333 South Grand Avenue
> Los Angeles, California 90071
> Telephone: (213) 229-7000
> Facsimile: (213) 229-7520
>
> *Counsel to the DIP/First Lien Group*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* <br><br> **VICE GROUP HOLDING INC.,** *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> 23-10738 (JPM) <br><br> (Joint Administration Requested) |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon the motion of Michael S. Neumeister, Esq., to be admitted, ***pro hac vice***, to represent the DIP/First Lien Group (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California, it is hereby

**ORDERED**, that Michael S. Neumeister, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2023
   New York, New York

_____
THE HONORABLE JOHN P. MASTANDO III
UNITED STATES BANKRUPTCY JUDGE

106318751.1

---

[1] The last four digits of Debtor Vice Group Holding Inc.'s tax identification number are 4250. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://case.stretto.com/vice. The location of the Debtors' service address for purposes of these chapter 11 cases is: 49 South 2nd Street, Brooklyn, NY 11211.