Sunny Singh
Nicholas E. Baker
Ashley M. Gherlone

**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017
(212) 455-2000 Telephone
(212) 455-2502 Facsimile

*Counsel to A&E Television Networks, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VICE GROUP HOLDING INC., *et al.*[1] | ) ) ) | Case No. 23-10738 (JPM) |
| Debtors. | ) ) | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS BY
SIMPSON THACHER & BARTLETT LLP ON BEHALF OF
A&E TELEVISION NETWORKS, LLC**

**PLEASE TAKE NOTICE** that Simpson Thacher & Bartlett LLP ("*Simpson Thacher*") hereby appears in the above-captioned chapter 11 case as attorneys for A&E Television Networks, LLC ("*AETN*").

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), Simpson Thacher requests that all notices given or required to be given in this case, and all papers served or required to be

---

[1] The last four digits of Debtor Vice Group Holding Inc.'s tax identification number are 4250. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/vice. The location of the Debtors' service address for purposes of these chapter 11 cases is: 49 South 2nd Street, Brooklyn, NY 11249.

served in this case, be given and served upon the below attorneys for Simpson Thacher at the following address, telephone number, and email addresses set forth below, and further requests to be added to the mailing matrix on file with the Clerk of the Bankruptcy Court:

>Sunny Singh
>Nicholas E. Baker
>Ashley M. Gherlone
>
>Simpson Thacher & Bartlett LLP
>425 Lexington Avenue
>New York, New York 10017
>Telephone:   212-455-2000
>Facsimile: 212-455-2502
>
>E-mail: sunny.singh@stblaw.com
>E-mail: nbaker@stblaw.com
>E-mail: ashley.gherlone@stblaw.com

**PLEASE TAKE FURTHER NOTICE** that that the foregoing request includes not only the notices and papers referred to above, but also includes, without limitation, all other notices, papers, reports, orders, letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities, in each case whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States, overnight or electronic mail, facsimile, courier, telephone, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers (this "*Notice*"), nor any subsequent appearance, pleading, proof of claim, claim, or suit is intended nor shall be deemed (a) a consent by AETN to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving AETN or its interests in property or (b) to waive AETN's rights, including (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge for the United States District Court for the Southern District of New York (the "***District***

*Court*"); (ii) the right to trial by jury so triable in this case or in any case, controversy, or proceeding related thereto; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of the Bankruptcy Court for any purpose; (v) the right to an election of remedy; or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as to which it is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly hereby reserved.

| | |
|---|---|
| New York, New York<br>Dated: May 15, 2023 | **SIMPSON THACHER & BARTLETT LLP**<br><br>By: */s/ Sunny Singh*<br>　　Sunny Singh<br>　　Nicholas E. Baker<br>　　Ashley M. Gherlone<br>　　425 Lexington Avenue<br>　　New York, NY 10017<br>　　Tel: (212) 455-2000<br>　　Fax: (212) 455-2502<br><br>*Counsel to A&E Television Networks, LLC* |