**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: VICE GROUP HOLDING, INC.

                                     Debtor

Case No.: 23-10738

Chapter 11

---------------------------------------------------------------x

                                     Plaintiff

v.

                                     Defendant

Adversary Proceeding No.: _____

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, __Craig Solomon Ganz__, request admission, ***pro hac vice***, before the Honorable __Mastando__, to represent __Wipro, LLC__, a __creditor__ in the above-referenced ☑ case ☐ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of __Arizona__ and, if applicable, the bar of the U.S. District Court for the _____ District of _____.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: May 15, 2023
__Phoenix__, Arizona

/s/ Craig Solomon Ganz
*Mailing Address*:

Ballard Spahr LLP
1 E. Washington Street, Suite 2300
Phoenix, Arizona 85004
*E-mail address*: ganzc@ballardspahr.co
*Telephone number*: (602) 798-5427