UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: VICE GROUP HOLDING, INC.

                Case No.: 23-10738

                Chapter 11

Debtor

------------------------------------------------------------x

                Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

    Upon the motion of Craig Solomon Ganz, to be admitted, ***pro hac vice***, to represent Wipro, LLC, (the "Client") a creditor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Arizona and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

    **ORDERED**, that Craig Solomon Ganz, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York    /s/ _____

                                                             UNITED STATES BANKRUPTCY JUDGE