UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* | Chapter 11 |
| **VICE GROUP HOLDING INC.,** *et al.,* | 23-10738 (JPM) |
| Debtors.[1] | (Joint Administration Requested) |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

Upon the motion of Michael S. Neumeister, Esq., to be admitted, ***pro hac vice***, to represent the DIP/First Lien Group (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California, it is hereby

**ORDERED**, that Michael S. Neumeister, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: May 16, 2023
New York, New York

/S/ John P. Mastando III
_____
THE HONORABLE JOHN P. MASTANDO III
UNITED STATES BANKRUPTCY JUDGE

106318751.1

---

[1] The last four digits of Debtor Vice Group Holding Inc.'s tax identification number are 4250. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://case.stretto.com/vice. The location of the Debtors' service address for purposes of these chapter 11 cases is: 49 South 2nd Street, Brooklyn, NY 11211.