**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: VICE GROUP HOLDING, INC.

                              Debtor

Case No.: 23-10738

Chapter 11

-------------------------------------------------------------x

                              Plaintiff

                      v.

                             Defendant

-------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

      Upon the motion of Craig Solomon Ganz, to be admitted, ***pro hac vice***, to represent Wipro, LLC, (the "Client") a creditor in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Arizona and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

      **ORDERED**, that Craig Solomon Ganz, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: May 16, 2023
New York, New York

/s/ John P. Mastando III
UNITED STATES BANKRUPTCY JUDGE