UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                                  Chapter 11

VICE GROUP HOLDINGS, LLC,                                         Case no.  23-10738

                            Debtor.
---------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Backenroth Frankel & Krinsky, LLP appears in the above-captioned cases as attorneys for 49 South Second Street LLC and Web Holdings LLC, and pursuant to Fed. R. Bank. P. 2002, 9007 and 9010(b) and 11 U.S.C. §§ 102(1), 342 and 1109(b), and requests that all notices and papers filed or entered be given to or served upon the undersigned.

Dated:  New York, New York
        May 16, 2023

                                        BACKENROTH FRANKEL & KRINSKY, LLP

                                        By:     s/Mark A. Frankel
                                                  488 Madison Avenue, Fl 23
                                                  New York, New York 10022
                                                  (212) 593-1100
                                                  mfrankel@bfklaw.com