UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺x

In re                                                                                        Chapter 11

VICE GROUP HOLDINGS, LLC                                       Case no.  23-10738 (JPM)

                           Debtor.
⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺x

## **NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that Levene, Neale, Bender Yoo & Golubchik, L.L.P. appears in the above-captioned cases as attorneys for Go-Digital, and pursuant to Fed. R. Bank. P. 2002, 9007 and 9010(b) and 11 U.S.C. §§ 102(1), 342 and 1109(b), and requests that all notices and papers filed or entered be given to or served upon the undersigned.

Dated: May 16, 2023

                                          LEVENE, NEALE, BENDER, YOO &
                                          GOLUBCHIK, L.L.P.

                              By:   /s/ David L. Neale
                                          2818 La Cienega Avenue
                                          Los Angeles, CA 90034
                                          (310) 229-1234
                                          dln@lnbyg.com