UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re                                                                    Chapter 11

VICE GROUP HOLDINGS, LLC                              Case no.  23-10738 (JPM)

                Debtor.

-------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Levene, Neale, Bender Yoo & Golubchik, L.L.P. appears in the above-captioned cases as attorneys for Go-Digital, and pursuant to Fed. R. Bank. P. 2002, 9007 and 9010(b) and 11 U.S.C. §§ 102(1), 342 and 1109(b), and requests that all notices and papers filed or entered be given to or served upon the undersigned.

Dated: May 17, 2023

                                        LEVENE, NEALE, BENDER, YOO &
                                        GOLUBCHIK, L.L.P.

                            By:   /s/ Ron Bender
                                   2818 La Cienega Avenue
                                   Los Angeles, CA 90034
                                   (310) 229-1234
                                   rb@lnbyg.com