**Vice Media Group**  **DRAFT - Preliminary and Subject to Material Change**
DIP Exhibit

| Week of Forecast | 19-May-23 | 26-May-23 | 2-Jun-23 | 9-Jun-23 | 16-Jun-23 | 23-Jun-23 | 30-Jun-23 | 7-Jul-23 | 14-Jul-23 | 21-Jul-23 | 28-Jul-23 | 4-Aug-23 | 11-Aug-23 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Week Ending | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 |
| **Operating Receipts** | $ 6,664 | $ 8,537 | $ 4,649 | $ 5,395 | $ 26,635 | $ 17,296 | $ 6,967 | $ 5,389 | $ 7,050 | $ 9,817 | $ - | $ - | $ - |
| **Operating Disbursements** | | | | | | | | | | | | | |
| Compensation and Benefits | (633) | (3,969) | (6,695) | (358) | (4,633) | (2,112) | (7,089) | (342) | (4,002) | (4,703) | - | - | - |
| Freelancers | (1,253) | (1,253) | (946) | (1,144) | (1,144) | (734) | (758) | (457) | (707) | (707) | - | - | - |
| Production | (2,012) | (3,129) | (3,644) | (3,348) | (3,562) | (2,083) | (2,083) | (2,134) | (2,134) | (2,134) | - | - | - |
| Other Operating Expenses | (1,533) | (1,753) | (3,524) | (3,627) | (3,165) | (2,685) | (2,245) | (2,950) | (2,249) | (1,999) | - | - | - |
| **Total Operating Disbursements** | (5,431) | (10,104) | (14,808) | (8,478) | (12,504) | (7,614) | (12,176) | (5,884) | (9,092) | (9,543) | - | - | - |
| **Operating Cash Flow** | 1,233 | (1,568) | (10,160) | (3,082) | 14,131 | 9,682 | (5,208) | (495) | (2,042) | 274 | - | - | - |
| **Restructuring Costs** | | | | | | | | | | | | | |
| One-Time Costs | - | (85) | - | - | - | - | - | - | - | (100) | - | - | - |
| Professional Fees | (1,192) | - | (400) | (650) | - | - | (800) | (2,045) | - | (10,681) | (250) | (1,275) | (2,312) |
| **Total Restructuring Costs** | (1,192) | (85) | (400) | (650) | - | - | (800) | (2,045) | - | (10,781) | (250) | (1,275) | (2,312) |
| **Investment & Financing** | | | | | | | | | | | | | |
| DIP Interest & Fees | - | - | - | - | (18) | - | - | - | (35) | (9) | - | - | - |
| Non-Debtor Funding | (3,000) | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Financing Items | - | - | (30) | - | - | - | (30) | - | - | - | - | - | - |
| JV Related Flows | 3,098 | (2,320) | 543 | (257) | 3,465 | (3,638) | (257) | (257) | 3,230 | (3,638) | - | - | - |
| Taxes | - | (75) | (993) | (79) | (11) | - | (75) | - | (90) | (53) | - | - | - |
| **Total Investment & Financing** | 98 | (2,395) | (480) | (336) | 3,436 | (3,638) | (362) | (257) | 3,105 | (3,700) | - | - | - |
| **Net Cash Flow** | $ 139 | $ (4,048) | $ (11,040) | $ (4,068) | $ 17,567 | $ 6,043 | $ (6,370) | $ (2,798) | $ 1,063 | $ (14,206) | $ (250) | $ (1,275) | $ (2,312) |
| Beginning Cash Balance | $ 66,775 | $ 66,914 | $ 62,867 | $ 56,827 | $ 52,759 | $ 75,325 | $ 81,369 | $ 74,999 | $ 72,201 | $ 73,264 | $ 13,471 | $ 13,221 | $ 11,946 |
| Net Cash Flow | 139 | (4,048) | (11,040) | (4,068) | 17,567 | 6,043 | (6,370) | (2,798) | 1,063 | (14,206) | (250) | (1,275) | (2,312) |
| Ending Cash Balance | $ 66,914 | $ 62,867 | $ 51,827 | $ 52,759 | $ 70,325 | $ 81,369 | $ 74,999 | $ 72,201 | $ 73,264 | $ 59,057 | $ 13,221 | $ 11,946 | $ 9,634 |
| Less: Restricted & JV Cash | $ (46,605) | $ (43,712) | $ (43,742) | $ (42,973) | $ (49,080) | $ (46,709) | $ (45,940) | $ (45,107) | $ (47,760) | $ (43,546) | $ - | $ - | $ - |
| Less: Credit Party Restricted | (2,041) | (2,041) | (2,041) | (2,041) | (2,041) | (2,041) | (2,041) | (2,041) | (2,041) | (2,041) | - | - | - |
| DIP Draw | - | - | 5,000 | - | 5,000 | - | - | - | - | - | - | - | - |
| **Ending Non-Restricted Cash** | $ 18,268 | $ 17,114 | $ 11,044 | $ 7,745 | $ 24,205 | $ 32,619 | $ 27,018 | $ 25,054 | $ 23,463 | $ 13,471 | $ 13,221 | $ 11,946 | $ 9,634 |
| **Total Liquidity** | | | | | | | | | | | | | |
| DIP Commitment | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 |
| Draw | - | - | 5,000 | - | 5,000 | - | - | - | - | - | - | - | - |
| DIP Balance | $ - | $ - | $ 5,000 | $ 5,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 |
| DIP Availability | $ 10,000 | $ 10,000 | $ 5,000 | $ 5,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Ending Non-Restricted Cash | 18,268 | 17,114 | 11,044 | 7,745 | 24,205 | 32,619 | 27,018 | 25,054 | 23,463 | 13,471 | 13,221 | 11,946 | 9,634 |
| **Ending Liquidity** | $ 28,268 | $ 27,114 | $ 16,044 | $ 12,745 | $ 24,205 | $ 32,619 | $ 27,018 | $ 25,054 | $ 23,463 | $ 13,471 | $ 13,221 | $ 11,946 | $ 9,634 |